IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11-CV-127-RLV-DCK

| | |
|---|---|
| PEERLESS INSURANCE COMPANY, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )    **ORDER**<br>) |
| MICHAEL WALKER, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) concerning Karen D. Fultz, filed October 14, 2011. Ms. Fultz seeks to appear as counsel *pro hac vice* for Plaintiff Peerless Insurance Company.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Ms. Fultz is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiff Peerless Insurance Company.

Signed: October 14, 2011

David C. Keesler
United States Magistrate Judge