HIN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11-CV-127-RLV-DCK

| PEERLESS INSURANCE COMPANY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| MICHAEL WALKER, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion For Stipulation And Consent Protective Order" (Document No. 12) filed March 8, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion For Stipulation And Consent Protective Order" (Document No. 12) is **GRANTED**.

Signed: March 8, 2012

David C. Keesler
United States Magistrate Judge