IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO. 5:11CV127-V

| | |
|---|---|
| PEERLESS INSURANCE COMPANY, )<br>        **Plaintiff,** )<br>                          )<br>    v.                         )<br>                          )<br>MICHAEL WALKER, )<br>        **Defendant.** )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on its own motion in anticipation of the November 2012 Trial Term in the Statesville Division. At present, this matter is scheduled to proceed to jury trial during the November 2012 Term, which commences with Calendar Call on **Monday, November 5, 2012, at 10:00 a.m.**, Second Floor Courtroom, 200 West Broad Street, Statesville, North Carolina.

    **IT IS HEREBY ORDERED THAT:**

1) The deadline for Motions *in Limine* is **Monday, October 22, 2012**;

2) Responses will be due **Monday, October 29, 2012**;

3) Jury Selection will be conducted on **Tuesday, November 6, 2012, beginning at 9:30 a.m.**; and

4) Assuming there are multiple cases for trial, unless a peremptory setting (or other special accommodation) is sought and obtained in advance of the term, trial order will be determined and announced at Calendar Call.

                                            Signed: October 2, 2012

                                            Richard L. Voorhees
                                            United States District Judge