# United States District Court
# For The Western District of North Carolina
# Statesville Division

PEERLESS INSURANCE COMPANY,

       Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                       CASE NO. 5:11CV127

MICHAEL WALKER,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by jury trial and a jury verdict having been rendered in favor of defendant;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the jury verdict dated November 7, 2012, in favor of Michael Walker.

                                                    Signed: November 19, 2012

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court